FILED
CLERK, U.S. DISTRICT COURT

APR - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY                                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

MARCO ANTONIO DAMIAN,

           Petitioner,

           v.

J. TIM OCHOA, Warden,

           Respondent.

No. SACV 13-00810-AHS (DFM)

Order Accepting Findings and
Recommendation of United States
Magistrate Judge

        Pursuant to 28 U.S.C. § 636, the Court has reviewed the petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Further, the Court has engaged in a _de novo_ review of those portions of the Report and Recommendation to which objections have been made. The Court accepts the findings and recommendation of the Magistrate Judge.

///

///

///

///

///

1      IT IS THEREFORE ORDERED that Judgment be entered denying the

2 petition and dismissing this action with prejudice.

3

4 Dated: <u>April 1, 2014</u>

5                                 <u>ALICEMARIE H. STOTLER</u>

6                                 ALICEMARIE H. STOTLER
                                Senior United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28