JS6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT
APR - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MARCO ANTONIO DAMIAN, | No. SA CV 13-00810-AHS (DFM) |
| Petitioner, | JUDGMENT |
| v. | |
| J. TIM OCHOA, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: April 1, 2014

                        ALICEMARIE H. STOTLER
                        ALICEMARIE H. STOTLER
                        Senior United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT
APR - 2 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY